*Appeal No.* 01-⊗15-00207

FILED IN
1ST COURT OF APPEALS
HOUSTON, TEXAS

SEP 2 5 2015

CHRISTOPHER A. PRINE
CLERK _____

2013 55684

| | | |
|---|---|---|
| Rita Lemons | () | In The United State |
| VS. | () | District Court 151st |
| Joe Payton Lee etal. | () | Harris County, Texas |

## AFFIDAVIT OF INDIGENCE

I swear under penalty of the law to the following facts presented in this application to proceed without payment. I Rita Lemons is currently unable to pay the cost of court. I am the Appellee/Movant. I verify that the statements made in this Affidavit are true and correct.

I am a dedicated Head of Household parent with 9 grandbabies. My income currently is zero (0). I have a checking account which has $1.59 and is in danger of being closed. I have no savings account. I have no property. I currently reside at my deceased dad's address and I am awaiting the probating of his estate. I am behind in the Mortgage payments, the last payment of $8,300.00, I paid it in March 2013. I currently receive $99.00 in food stamp benefits.

The expenses are lights, water Last payment on the lights was $116.00 and the current bill is soon due. We have a major water leak and the water bill is outstanding and it is $1,300.00. I struggle to pay these expenses.

I currently am not able to pay court cost fees because I have no income. I certify that the statements herein this Affidavit are true and correct. Please grant my application to proceed as an Indigent Litigant. I am over the age 18 and I am competent to make this Affidavit based on my personal knowledge.

### CERTIFICATE OF SERVICE

I certify that a correct copy has been forwarded to the Defendant Joe Lee at 3633 Dubois St. Houston, Texas 77051, Joyce Hickman Lee at FMC Cardwell Federal Medical Center Building register 88369-079 P.O. Box 27137 Forth Worth, Texas 76127, telephone (817) 742 4000 fax: (817) 782-4875 John C Broudreaux at 2110 Northshore Dr. Kingwood, Texas 77339, attorney Andrew Payne 7100 Regency Square Ste. 250 Houston, Texas 77036, Brian Quinterro via facsimile and or certified return receipt and Precinct 7 at 5290. Griggs Houston, Texas 77021

### NOTARY ACKNOWLEDGMENT

Signed this 21st day of September , 2015.
Signature: Lucille Cash

Subscribed and sworn to before me on this 21st day of September , 2015, by
Rita Joe Lemons as AFFIANT/WITNESS.

1

NOTARY PUBLIC, STATE OF TEXAS
My commission expires: 10 / 13 / 18



LUCILLE CASH
Notary Public, State of Texas
My Commission Expires
October 13, 2018

Respectfully Submitted,

Rita Lemons

16215 Diamond Ridge Dr.

Houston, Texas 77053

(832) 705-6898

Jireh_consult@yahoo.com

NOTARY ACKNOWLEDGMENT

Signed this _____ day of _____, 2015.    R L.
Signature:_____

Subscribed and sworn to before me on this _____ day of _____, 2015, by
_____ as AFFIANT/WITNESS.

_____

NOTARY PUBLIC, STATE OF TEXAS
My commission expires: _____ / _____ / _____

2